UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NANSI NELSON AND BARRY NELSON,

                PLAINTIFFS,

-AGAINST-

ULSTER COUNTY, NEW YORK, LEWIS KIRSCHNER,
NINA POSTUPACK, AND WVD 2906209, LLC,

                DEFENDANTS.
-----------------------------------------------------------------X

06-CV-1058
GLS/RFT

**CROSS MOTION TO DISQUALIFY PLAINTIFFS' ATTORNEY**

      The defendant, WVD 2906209, LLC, cross moves the court for an order pursuant to FRCP 7(b)(1) and Local Rule 7.1 disqualifying John Hector as attorney for plaintiffs Nelson if plaintiffs' motion to amend the compliant is granted, on the grounds that John Hector cannot be both a witness and attorney for plaintiffs and for such further and other relief as may be just and proper.

      This motion is based on the proposed amended complaint, the affidavit of Mark Delacorte and the affirmation of Jon Holden Adams.

Dated: Poughkeepsie, New York
       July 10, 2007

                              CORBALLY, GARTLAND AND RAPPLEYEA, LLP

              By: _____
                    JON HOLDEN ADAMS
                    Attorneys for Defendant WVD 2906209 LLC
                    35 Market Street
                    Poughkeepsie, New York 12601
                    (845) 454-1110