UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**NANSI NELSON,** individually and as
Executrix of the Estate of Robert H. Nielson,

                **Plaintiff,**          1:06-cv-1057
                                                              (GLS/RFT)

            **v.**

**ULSTER COUNTY, NEW YORK; LEWIS
KIRSCHNER,** Ulster County Treasurer;
**NINA POSTUPACK,** Ulster County Clerk;
**WVD 2906209, LLC; MARK DELACORTE;
DANIEL WINN;** and **JOSEPH VIVIANNI,**

                **Defendants.**
_____

## SUMMARY ORDER

On December 7, 2011, defendant Joseph Vivianni filed a motion for an award of interest, attorney's fees, costs and reimbursement against defendant Ulster County pursuant to a cross-claim asserted by WVD 2906209 LLC ("WVD"). (*See* Dkt. No. 258; Dkt. No. 78 ¶ 21.) Ulster County countered that Vivianni's motion is meritless because, *inter alia*, the cross-claim was asserted by only WVD, and in any event, the settlement agreement between WVD and Ulster County precludes Vivianni's motion. (*See* Dkt. No. 243 at 7; Dkt Nos. 259, 261.) In addition, Ulster County cross-moved for the costs associated with defending this motion and

Vivianni's previous motion for fees, which the court denied as premature. (*See* Dkt. Nos. 235, 237, 252, 259.) Having reviewed the parties' submissions, it is clear Vivianni's claim has no basis in law or fact as the cross-claim was asserted by WVD, and was thereafter settled by it. (*See* Dkt. No. 78 ¶ 21; Dkt. No. 243 at 7.) Moreover, Vivianni conceded that WVD paid the taxes that were subsequently returned by Ulster County. (*See* Dkt. No. 237 ¶ 2.) And while the court concurs with Ulster County's argument regarding Vivianni's entitlement to costs, it declines, in light of Vivianni's *pro se* status, to grant Ulster County's cross-motion. (*See generally* Dkt. Nos. 259, 261, 262.)

**ACCORDINGLY**, it is hereby

**ORDERED** that Vivianni's motion and Ulster County's cross motion (Dkt. Nos. 258, 259) are **DENIED**; and it is further

**ORDERED** that the Clerk provide a copy of this Summary Order to the parties.

**IT IS SO ORDERED.**

January 23, 2012
Albany, New York

_____
Gary L. Sharpe
Chief Judge
U.S. District Court

2